BENJAMIN E. TILTON, as Trustee of New York State Railways, Appellant, *v.* STATE OF NEW YORK, Respondent. (Claim No. 24468.)

Argued January 16, 1941; decided February 27, 1941.

*William L. Broad* and *Willis H. Michell* for appellant.

*John J. Bennett, Jr., Attorney-General* (*Maurice F. Lane, Leon M. Layden* and *Joseph I. Butler* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.